IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA PEREZ | § | |
| | § | CIVIL ACTION NO. 7:16-cv-00168 |
| VS. | § | |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY | § | |
| AND JAMES STABLER | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MARIA PEREZ and Defendants, Allstate Vehicle and Property Insurance Company and James Stabler, and file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On March 8, 2016, Plaintiff, MARIA PEREZ sued Defendants.

2. Plaintiff, MARIA PEREZ, moves to dismiss her suit.

3. Defendants agree to the dismissal of MARIA PEREZ'S claims

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of MARIA PEREZ'S case.

9. Plaintiff has not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

Respectfully submitted,

*/S/ Matthew Zarghoun*
Matthew Zarghouni

Attorney in Charge
State Bar No. 24086085

ZAR LAW FIRM
4669 Southwest Fwy, Suite 575
Houston, Texas 77027
(281) 310-0902
(832) 201-8781 (fax)
matt@zar-law.com

/S/ Rosemary Conrad-Sandoval
Rosemary Conrad-Sandoval
Attorney In Charge
Fed. I.D. No. 13738
State Bar No. 04709300

Of Counsel:

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 N. 10th Street
McAllen, TX  78504
(956) 393-6300
(956) 386-1625 Fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document
has been mailed, via electronic service, to the Attorney for Plaintiff, as follows:

Matthew M. Zarghouni
**ZAR LAW FIRM**
4669 Southwest Fwy, Suite 575
Houston, Texas 77027

on this 14th day of October, 2016.

/S/ Rosemary Conrad-Sandoval
ROSEMARY CONRAD-SANDOVAL